ACCEPTED
06-17-00211-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
4/3/2018 1:55 PM
DEBBIE AUTREY
CLERK

IN THE SIXTH COURT OF APPEALS

_____

NO. 06-17-00211-CR

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
4/3/2018 1:55:12 PM
DEBBIE AUTREY
Clerk

_____

LYDIA METCALF, Appellant

V.

STATE OF TEXAS, Appellee

_____

On Appeal from the 123rd Judicial District Court
Panola County, Texas
Trial Court Case No. 2015-C-0290

_____

**APPELLANT'S UNOPPOSED FIRST MOTION FOR EXTENSION
OF TIME TO FILE APPELLANT'S BRIEF**

_____

William J. Robertson
State Bar No. 17077500
9800 Northwest Freeway
Suite 314
Houston, Texas 77092
(713) 263-9911 Tele.
(866) 657-5609 Fax
Robertsonlawfirm@gmail.com
John C. Osborne
TBA 15333200
7887 Katy Freeway, $184
Houston, Texas 77024
Tele: 713-530-3481
Email: itcprojectfunding@gmail.com
**ATTORNEYS FOR APPELLANT**

IN THE SIXTH COURT OF APPEALS
_____

NO. 06-17-00211-CR
_____

LYDIA METCALF, Appellant

V.

STATE OF TEXAS, Appellee
_____

On Appeal from the 123rd Judicial District Court
Panola County, Texas
Trial Court Case No. 2015-C-0290
_____

**APPELLANT'S UNOPPOSED FIRST MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S BRIEF**
_____

To the Honorable Justices of the Sixth Court of Appeals:

Appellant, Lydia Metcalf, respectfully request the Court to extend the deadline for filing her Appellant's Brief by 30 days from April 6, 2018 to May 6, 2018 pursuant to the Texas Rules of Appellate Procedure 10.5 (b) and 38.6 (d), and in accordance with the local rules of this Honorable Court. In support thereof, the Appellees would show as follows:

1.     The Appellant requests a thirty-day extension of time for the deadline for filing the Appellant's Brief such that the Brief is considered timely filed on May 6, 2018.

2. The undersigned counsel is facing severe time constraints for reviewing the Reporter's Record and the file in this appeal and preparing a complete and proper Appellant's Brief while at the same time complying with pre-existing deadlines in other cases.

3. Further, the undersigned counsel for Appellant has been undergoing chemotherapy at M.D. Anderson Hospital in Houston, Texas for the last four months which has resulted in delays preparing the Appellant's Brief in this cause of action. The undersigned counsel was released from further treatments at M.D. Anderson on March 28, 2018 but will need additional time to review the evidence, review the Reporter's Record and research the legal issues presented in this case.

4. No previous extensions have been granted or requested regarding the filing of Appellant's Brief.

5. The undersigned counsel contacted counsel for Appellee on April 3, 2018 and Appellee's counsel is not opposed to this Motion for Extension of Time to file Appellant's Brief.

6. Based on the foregoing, Appellant respectfully prays that this Court extend the deadline for filing the Appellant's Brief by thirty days from April 6, 2018 to May 6, 2018.

Respectfully submitted,

*/s/ William J. Robertson*

_____

William J. Robertson
TBA 17077500
9800 Northwest Freeway
Suite 314
Houston, Texas 77092
Tele: 713-263-9911
Fax: 866-657-5609
Email: robertsonlawfirm@gmail.com
John C. Osborne
TBA 15333200
7887 Katy Freeway, $184
Houston, Texas 77024
Tele: 713-530-3481
Email: itcprojectfunding@gmail.com
**ATTORNEYS FOR APPELLANT**

<u>**CERTIFICATE OF SERVICE**</u>

I certify that a true and correct copy of the above Appellant's Unopposed First Motion for Extension of Time to file Appellant's Brief" was served on all counsel of record by U.S. Mail, Certified, Return Receipt Requested and/or by facsimile and/or email and/or the Court's electronic notification service on this 3rd day of April 2018.

Ms. Gena Bunn
P.O. Box 6150
Longview, Texas 75608
Email: gbunn@genabunnlaw.com

*/s/ William J. Robertson*

_____

William J. Robertson